JENNIE LEE ANDERSON
(Admitted *Pro Hac Vice*)
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
Email: jennie@andrusanderson.com

ELIZABETH A. CHIAPPETTA (SBN 205736)
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Telephone: (412) 281-7229/(800) 543-9859
Facsimile: (412) 281-4229
Email: echiappetta@peircelaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK PRICE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HYATT HOTELS CORPORATION, HYATT CORPORATION, MCSW PENN HOSPITALITY LLC, WHG PENN MANAGEMENT LLC, HYATT FRANCHISING LLC, and DOES 1-20,<br><br>　　　　　Defendant | Case No.: 2:21-cv-01599-MRH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A(II)** |

Hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

SO STIPULATED.

DATED: December 27, 2022                  Respectfully submitted,

By: */s/Elizabeth A. Chiappetta*
ELIZABETH A. CHIAPPETTA (SBN 205736)
ROBERT PEIRCE & ASSOCIATES, P.C.
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Telephone: (412) 281-7229/(800) 543-9859
Facsimile: (412) 281-4229
Email: echiappetta@peircelaw.com

By: */s/Jennie Lee Anderson*
JENNIE LEE ANDERSON
(Admitted *Pro Hac Vice*)
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:   (415) 986-1400
Facsimile:   (415) 986-1474
Email: jennie@andrusanderson.com

*Attorneys for Plaintiff*

DATED: December 27, 2022

By: */s/ Cynthia L.O'Donnell*
Cynthia L. O'Donnell, Esquire
Sunshine R. Fellows, Esquire
HYATT HOTELS CORPORATION, HYATT CORPORATION, MCSW PENN HOSPITALITY LLC, WHG PENN MANAGEMENT LLC and HYATT FRANCHISING L.L.C.

*Counsel for Defendants*